**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Juan Johnny JASSO, Defendant–Appellant.**

**No. 14–15678**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 16, 2015.

Yvette Rhodes, Natalie Hirt Adams, Arthur Lee Bentley, III, Shauna S. Hale, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Thomas A. Burns, Burns, PA, TAMPA, FL, for Defendant–Appellant.

Before TJOFLAT, MARTIN and ANDERSON, Circuit Judges.

**PER CURIAM:**

Thomas Burns, appointed appellate counsel for Juan Johnny Jasso, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Jasso's conviction and sentence are AFFIRMED.